IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SCOTTIE ALLEN KEY,             )
                                   )
    Plaintiff,                )
                                   )      NO. 3:23-cv-00920
v.                          )
                                 )      JUDGE RICHARDSON
CORECIVIC, INC., et al.,     )
                                 )
    Defendants.          )
                                 )

## **<u>ORDER</u>**

Pending before the Court[1] is the report and recommendation (Doc. No. 39, "R&R") of the

Magistrate Judge, which recommends that the Court deny the motion for summary judgment (Doc.

No. 29, "Motion for Summary Judgment") filed by Defendants CoreCivic, Inc., Lybrunca

Cockrell, and Jermaris Porter (collectively, "Defendants"). Defendants have filed Objections (Doc.

No. 40, "Objections")[2] to the R&R and a memorandum in support of their Objections (Doc. No.

41), whereafter Plaintiff filed a response (Doc. No. 42) to Defendants' Objections.

For the reasons stated in the accompanying memorandum opinion, the Court **ADOPTS IN**

**PART** and **DECLINES TO ADOPT IN PART** the R&R (Doc. No. 39). Specifically, the Court

adopts the recommendation to deny the Motion for Summary Judgment as it relates to—what the

accompanying memorandum opinion defines as—the Excessive Force Claim brought against

---

[1] Herein, "the Court" refers to the undersigned District Judge, as opposed to the Magistrate Judge who authored the R&R.

[2] Herein, a given use of the term "Objections" may refer to the document (Doc. No. 40) itself, to the purported objections contained therein (i.e., the "objections" to the R&R contained within the "Objections"), or both.

Porter. Accordingly, the Motion for Summary Judgment is **DENIED** with respect to the Excessive Force Claim. However, the Court rejects the recommendation to deny the Motion for Summary Judgment as it relates to—what the accompanying memorandum opinion defines as—the Failure-to-Protect Claims brought against each of the three Defendants. Instead, the Court **GRANTS** the Motion for Summary Judgment with respect to the Failure-to-Protect Claims.

Consistent with the discussion above, the ultimate disposition of the Motion for Summary Judgment (Doc. No. 29) is that it is **GRANTED IN PART AND DENIED IN PART.**

IT IS SO ORDERED.


_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE